In the Matter of the Accounting of THE LONG ISLAND LOAN AND TRUST COMPANY, as Substituted Trustee under the Will of STEPHEN GARRETSON, Deceased, Appellant.

LILLIE G. SLOAN, Respondent.

*Matter of L. I. L. & T. Co. (In re Garretson)*, 92 App. Div. 1, affirmed.
(Argued May 31, 1904; decided June 14, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1904, which reversed a decree of the Kings County Surrogate's Court settling the accounts of the trustee herein.

*George S. Ingraham* for appellant.

*Charles D. Ridgway* for respondent.

Order affirmed, with costs, on opinion below.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.